WESTON & McELVAIN LLP
Richard C. Weston (State Bar No. 126491)
David S. Song (State Bar No. 323073)
1960 E. Grand Avenue, Suite 400
El Segundo, California 90245
Telephone:  (213) 596-8000
Facsimile:   (213) 596-8039
E-mail:       rweston@wmattorneys.com
                    dsong@wmattorneys.com

Attorneys for Defendant
TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 550-552 SAN YSIDRO PARTNERSHIP, <br><br> Plaintiff, <br><br> vs. <br><br> TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No. 2:20-cv-01910-JAK-AFM <br><br> **NOTICE OF SETTLEMENT OF ENTIRE ACTION** <br><br> [Local Rule 16-15.7] <br><br> Action Filed:        January 7, 2020 <br> Action Removed: February 27, 2020 <br> Trial Date:          Not Set |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE THAT**, pursuant to United States District Court for the Central District of California Local Rule 16-15.7, Plaintiff 550-552 San Ysidro Partnership and Defendant Travelers Casualty Insurance Company of America (collectively "Parties"), by and through their respective attorneys of record, hereby notify the Court that the Parties have reached a settlement as to all claims and issues in this action.  The Parties are working on finalizing the settlement documentation and expect that they will be able to file a Stipulation and [Proposed]

-1-
NOTICE OF SETTLEMENT OF ENTIRE ACTION

1 | Order for Dismissal with Prejudice as to the entire action within the next forty-five
2 | (45) days.  Each party is to bear its own attorneys' fees and costs.
3 |      Pursuant to Local Rule 5-4.3.4(a)(2), the undersigned filer attests that all
4 | signatories concur in the content of the filing and have authorized the filing with
5 | electronic signatures.

Dated:  November 17, 2020        ROTHSCHILD & ALWILL, APC

By: **s/ Kristi D. Rothschild**
Kristi D. Rothschild
Julian Alwill
Attorneys for Plaintiff
**550-552 SAN YSIDRO PARTNERSHIP**

Dated:  November 17, 2020        WESTON & McELVAIN LLP

By: **s/ Richard C. Weston**
Richard C. Weston
David S. Song
Attorneys for Defendant
**TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA**

Case 2:20-cv-01910-JAK-AFM   Document 19   Filed 11/17/20   Page 3 of 4   Page ID #:576
550-552 San Ysidro Partnership v. Travelers Casualty Insurance Company of America
USDC-CACD, Case No. 2:20-cv-01910-JAK-AFM

**PROOF OF SERVICE**

I, Regina Macleod, declare:

    I am employed in the County of Los Angeles, state of California. I am over the age of 18 and not a party to the within action; my business address is 1960 East Grand Avenue, Suite 400, El Segundo, California 90245.

    On November 17, 2020, I served a copy of the following document:

**NOTICE OF SETTLEMENT OF ENTIRE ACTION**

    By electronically filing the foregoing document with the Clerk of the United States District Court, Central District of California, using its ECF system, which electronically notifies the persons on the attached service list at the email addresses registered with the ECF System.

    I declare under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on November 17, 2020 at El Segundo, California.

_____
Regina Macleod

Case 2:20-cv-01910-JAK-AFM Document 19 Filed 11/17/20 Page 4 of 4 Page ID #:577
*550-552 San Ysidro Partnership v. Travelers Casualty Insurance Company of America*
USDC-CACD, Case No. 2:20-cv-01910-JAK-AFM

# SERVICE LIST

Kristi D. Rothschild  *Attorneys for Plaintiff,*
Julian Alwill  550-552 San Ysidro Partnership
**ROTHSCHILD & ALWILL, APC**
27 West Anapamu Street, Suite 289
Santa Barbara, California 93101
Telephone: (805) 845-1190
Facsimile: (805) 456-0132
E-mail: kristi@ralegal.com
julian@ralegal.com