WESTON & McELVAIN LLP
Richard C. Weston (State Bar No. 126491)
David S. Song (State Bar No. 323073)
1960 East Grand Avenue, Suite 400
El Segundo, California 90245
Telephone: (213) 596-8000
Facsimile: (213) 596-8039
E-mail: rweston@wmattorneys.com
dsong@wmattorneys.com

Attorneys for Defendant,
**TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 550-552 SAN YSIDRO PARTNERSHIP<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, and DOES 1 through 10, inclusive<br><br>Defendant. | Case No. 2:20-cv-01910-JAK-AFM<br>Assigned to Hon. John A. Kronstadt<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Action Filed: January 7, 2020<br>Action Removed: February 27, 2020 |

**IT IS HEREBY STIPULATED**, by and between Plaintiff 550-552 San Ysidro Partnership ("Plaintiff") and Defendant Travelers Casualty Insurance Company of America ("Travelers"), by and through their respective attorneys of record, that the entire above-captioned action, including any and all claims asserted against Travelers, should be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff and Travelers shall each bear its own respective costs of suit including attorney's fees related to this action.

///

///

1

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

**IT IS SO STIPULATED AND AGREED.**

Pursuant to Local Rule 5-4.3.4(a)(2), the undersigned filer attests that all signatories concur in the content of the filing and have authorized the filing with electronic signatures.

Dated: November 30, 2020   ROTHSCHILD & ALWILL, APC


By: **s/ Kristi D. Rothschild**
Kristi D. Rothschild
Julian Alwill
Attorneys for Plaintiff
**550-552 SAN YSIDRO PARTNERSHIP**


Dated: November 30, 2020   WESTON & McELVAIN LLP


By: **s/ Richard C. Weston**
Richard C. Weston
David S. Song
Attorneys for Defendant
**TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA**

*550-552 San Ysidro Partnership v. Travelers Casualty Insurance Company of America*
USDC-CACD, Case No. 2:20-cv-01910-JAK-AFM

# PROOF OF SERVICE

I, Regina Macleod, declare:

I am employed in the County of Los Angeles, state of California. I am over the age of 18 and not a party to the within action; my business address is 1960 East Grand Avenue, Suite 400, El Segundo, California 90245.

On November 30, 2020, I served a copy of the following document:

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

By electronically filing the foregoing document with the Clerk of the United States District Court, Central District of California, using its ECF system, which electronically notifies the persons on the attached service list at the email addresses registered with the ECF System.

I declare under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 30, 2020 at Hawthorne, California.

*/s/ Regina Macleod*
Regina Macleod

1
PROOF OF SERVICE

*550-552 San Ysidro Partnership v. Travelers Casualty Insurance Company of America*
USDC-CACD, Case No. 2:20-cv-01910-JAK-AFM

# SERVICE LIST

| | |
|---|---|
| Kristi D. Rothschild | *Attorneys for Plaintiff,* |
| Julian Alwill | 550-552 San Ysidro Partnership |
| **ROTHSCHILD & ALWILL, APC** | |
| 27 West Anapamu Street, Suite 289 | |
| Santa Barbara, California 93101 | |
| Telephone: (805) 845-1190 | |
| Facsimile: (805) 456-0132 | |
| E-mail: kristi@ralegal.com | |
| julian@ralegal.com | |

2

PROOF OF SERVICE