# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 550-552 SAN YSIDRO PARTNERSHIP<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, and DOES 1 through 10, inclusive<br><br>Defendant. | Case No. 2:20-cv-01910-JAK-AFM<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE (JS-6)** |

Based on a review of the Stipulation For Dismissal of Action with Prejudice (the "Stipulation" (Dkt. 20)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, and this entire action is dismissed with prejudice. Each Party is to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: December 4, 2020

_____
John A. Kronstadt
United States District Judge